# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Raymond Lee Powell, Jr.　　　　　　　　　　Docket No. 5:08-CR-342-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raymond Lee Powell, Jr., who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 26, 2009, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Raymond Lee Powell, Jr. was released from custody on December 7, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 11, 2012, and January 8, 2013, Powell tested positive for marijuana. Although the defendant denied any drug use, he admitted that he was around friends that were smoking marijuana. This probation officer reprimanded the defendant for the positive urinalysis screenings and associating with "friends" that were involved in illegal activity, and advised Powell a drug aftercare condition would be recommended for enrollment in the Surprise Urinalysis Program and substance abuse counseling. The defendant agreed to the modification and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Raymond Lee Powell
Docket No. 5:08-CR-342-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: January 11, 2013

## ORDER OF COURT

Considered and ordered this 13 day of January, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge